## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| VALERIE C. ABRAMSEN, MICHAEL AUSTRIE, CYNTHIA BATTISTE, JACQUELINE M. BLYDEN, KOFI BOATENG, ROSALIND BROWNE, CLARICE CLARKE, SARAH DAHL-SMITH, KENNETH A.O. DAVIS, HELEN N. DOOKHAM, KWAME N. GARCIA, ALBION GEORGE, CLINTON GEORGE, MIRIAM F. GREENE, ALICE V. HENRY, ZORAIDA E. JACOBS, EVANNIE E. JEREMIAH, SUE LAKOS, RANDALL MACEDON, BLANCHE K. MILLS, DALE R. MORTON, ORPHA C. PENN, LOUIS E. PETERSEN, PhD, JOSEPHINE PETERSEN-SPRINGER, YVONNE PHILLIPS, CARLOS ROBLES, TONI A. THOMAS, JILLEAN WEBSTER, CARMEN WESSELHOFT, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, in his offical capacity as Secretary of Agriculture of the United States of America and his successors in such office, and the United States Department of Agriculture, <br><br> Defendants. | 2007-CV-0031 |

TO:   Warren B. Cole, Esq.
      Angela P. Tyson-Floyd, Esq., AUSA

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER TO FIRST AMENDED COMPLAINT OUT OF TIME

*Abramsen v. United States*
2007-CV-0031
Order Granting Defendants' Motion For Leave to File Answer to First Amended Complaint Out of Time
Page 2

THIS MATTER came before the Court upon Defendants' Motion For Leave to File

Answer to First Amended Complaint Out of Time (Docket No. 51). The time for filing a

response has expired.

With due consideration to the policy favoring liberal allowance of amendments to

pleadings, and in the absence of any opposition, the Court finds that Defendants' motion

should be granted.

Accordingly, it is now hereby **ORDERED**:

1.    Defendants' Motion For Leave to File Answer to First Amended Complaint

Out of Time (Docket No. 51) is **GRANTED**.

2.    Answer of Federal defendant to Amended Complaint (Docket No. 52) is

accepted and **DEEMED FILED** as of the date of filing, August 14, 2008.

ENTER:

Dated: September 29, 2008                                  /s/
                                              GEORGE W. CANNON, JR.
                                              U.S. MAGISTRATE JUDGE